Kora Liles
*Name*

815 SE Rice Rd 66607

Topeka, KS   Kora Liles
*Address*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Kora L. Liles, Plaintiff
*(Full Name)*

v.

Jeff Zmuda, Defendant(s)
Dora Hook, et al

CASE NO. 24-3070-JWL
*(To be supplied by the Clerk)*

Request for Class Action

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Kora Liles, is a citizen of Kansas
   *(Plaintiff)*                    *(State)*

   who presently resides at Topeka Correctional - 815 SE Rice road
   *(Mailing address or place*
   Topeka, Kansas 66607
   *of confinement.)*

2) Defendant Jeff Zmuda is a citizen of
   *(Name of first defendant)*

   Topeka, Kansas, and is employed as
   *(City, State)*

   Secretary of Corrections. At the time the
   *(Position and title, if any)*

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

   Officer of the state of Kansas causing deprivation
   of rights

XE-2 8/82              CIVIL RIGHTS COMPLAINT §1983              1

3) Defendant __Dona Hook_____ is a citizen of
   (Name of second defendant)

   __Topeka, Kansas_____, and is employed as
   (City, state)

   __Worden at Topeka Correctional Facility (TCF)__. At the time the
   (Position and title, if any)

   claim (s) alleged in this complaint arose was this defendant acting under the color of state

   law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

   __Willful participant with the state or it's agents - officer__
   __of the state__

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

   assert jurisdiction under different or additional statutes, you may list them below.)

   __42 U.S.C. 1983 - Constitutional Violations__

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   __See attached__

Defendant #3

Airmark Food Service
815 SE Rice Rd.
Topeka, KS 66607

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: __Eighth Amendment - Deliberate Indifference to health and safety - Prison Conditions__

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

_____
_____
_____
_____

B) (1) Count II: __Eighth Amendment - Cruel and unusual Punishment (Food and nutrition)__

(2) Supporting Facts: _____
_____
_____
_____

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐  No ☑ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

_____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

    d) Issues raised _____

_____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [✓] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I followed KDOC policy for informal and formal relief. I was denied the grievance procedure escalation and failure to respond; therefore, administrative relief was sought following policy - can't force KDOC and it's agents to take action or respond on time or at all.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Injunctive relief — (under 28 U.S.C. Section
Declaratory relief    and rule 65 FR of Civ.)

_____                    _____
Signature of Attorney (if any)                    Signature of Plaintiff

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

① 

Count I - Count I is Deliberate Indifference to health and safety: Exposure to Mold, fungus, toxins, etc. Without Adequate Ventilation

Defendants Involved: Jeff Zmuda (Secretary) and Donna Hook (Warden)

Objective Component: The deliberate indifference is "Sufficiently Serious" as the exposure and inadequate ventilation deprives inmates of a "minimal civilized measure of life's necessities."

Subject Component: Defendants have a Culpable state of mind

Defendants Zmuda and Hook are aware of the presence of Mold and toxins and are aware of actual current and potential detrimental effects of the mold, toxins, sewer gas and of inadequate ventilation. Inmates are exposed to mold, toxins, and fungus growth inside cells, showers, dayrooms, and the Cafeteria without having adequate ventilation. Sewage overflows in cells from the inadequate plumbing and the presence of "The Pit". Topeka Correctional Facility (TCF) should provide adequate ventilation, sanitation, and Hygenic materials. However, TCF and KDOC ignores these standards because the class members are female (a group traditionally been discriminated

②

against-suspect class) and because they want to impose cruel and unusual punishment. Defendants subject inmates to degeneration and/or threaten his/her mental and physical wellbeing. The authorities to include Zmuda and Hook cause substantial injury and have a substantial lack of maintaining proper maintenance shows in itself a disregard for health and safety. To go beyond maintaining proper maintenance, we the class will demonstrate an inference that the relevant defendants are aware of the presence of mold and are aware of any actual present and potential detrimental effects of these toxins on inmate health (Smith, 561 F.3d at 1105). This can be demonstrated through prior safety inspection reports, through a recent report of mold when buildings were shut down, through pictures of the cafeteria, the showers, certain walls and ceilings, and asbestos surveys. The class requested reports but they are denied since the IMPP (policy) is a staff only read; therefore, pictures or a lay person can clearly recognize these issues (which is how class members are confident that they exist).

    The issue with inadequate ventilation has increased the substantial risk of harm because there is no way to filter air. In fact, windows do not open, vents are never cleaned inside the rooms and outside the rooms, clear and obvious signs

show that air is not filtered or cleaned at all. TCF's policy is enforced by Zmuda and Hook to paint over areas of mold. Smells come from individual vents because we are breathing other cells feces as it overflows into our cells. This is the sewer gas from the pit that backups atleast two or three times a week through our toilets overflowing or our sinks overflowing. We then breathe these toxins without ventilation for sometimes an excess of six hours or more until we can mask the issue with the small amount of cleaner (Bleach) that we receive. Either way, the defendants are aware that there is no effective way to filter the mold or sewer gas. The watered down bleach (receive approx 2 pumps per room (1) 20oz bottle for (on average) 64 residents) does not constitute an answer for these issues. This is beyond discomfort but instead are not compatible with the evolving standards of decency that mark the progress of a maturing society. In fact, we are facing side effects and personal injury and we do not have to wait on an extreme event for the court to intervene. Defendants are aware, ignore the issues maliciously, and are deliberate and indifferent.

<u>Deliberate Indifference - Food and Nutrition</u>

Food is served at improper temperatures such as hot food served cold, some food was undercooked and portions are below

④

required calorie amount as listed in KDOC policy and Federal Standards for FDA. Defendants do not supervise meal preparation and service to ensure quality, sanitation, texture, consistency, appearance and to follow KDOC's own IMPP's. This is cruel and unusual because it is a deprivation to our health to be fed nutritional food instead of food that causes personal injury. The lasting effects of these personal injuries include severe stomach issues, illness, long-term sickness, etc. Airmark serves food open air delivery in unsanitary conditions and food temperatures fall below State Food Service Codes. Other unsanitary food conditions include raw food, mice in food carts, bugs and rodents in kitchen, etc. The facility has not took steps to correct those substantial known problems. Plaintiffs' have relayed those issues to defendants and the specific threats or injuries to plaintiffs and are aware of the strong likelihood of continued and increased injuries. Defendants Zmuda, Hook and Airmark are deliberate and Indifferent to plaintiffs health and safety.

Defendants: Zmuda, Hook, Airmark Food Service


(5)

# Contamination, Toxins, Sewer gas, etc.

These are beyond discomfort or inconvenience and demonstrate that these conditions of confinement pose an unreasonable risk of serious damage to health and safety.

## I Cell House

- Dec. 8th - Sewer gas - Over-flow w/ human waste
- Dec. 14th - Toxins through vents - No Ventilation
- Dec. 23rd - Sewege leaks and gas, NO VENT.
- Dec. 24th - High Concentration Sewer gas - Waste
- Jan. 14th - Contaminated Water and human waste
- Jan. 15th - Contaminated water and human waste
- Jan. 16th - Contaminated Water exposure
- March 2nd - Sewege and human waste
- March 3rd - Sewege and human waste
- March 19th - Toxins unknown - No Ventilation
- April 4th - Overflow w/ human waste
- April 27th - Water Contamination
- May 11th - Sewege and human waste
- May 13th - Toxins from showers in 1B - Evacuated for 30 minutes due to fumes and sickness but we were forced to return

Cafeteria - Ongoing water leaks, standing water (constant), visible mold in food preperation and serving areas, and bugs and rodents daily.